# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00767-CV

### In re P. S. T.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's order that relator produce certain documents in pre-trial discovery and requesting that this Court command the trial court to vacate the discovery order. Having reviewed the petition, the parties' responses, and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices Puryear, Field, and Goodwin

Filed: December 12, 2017